AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

RICHARD R. KURC

V.

MEL S. HARRIS AND ASSOCIATES, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 6310

JUDGE BUCHWALD

TO: (Name and address of Defendant)

MEL S. HARRIS AND ASSOCIATES, LLC
5 HANOVER SQUARE, 8TH FLOOR
NEW YORK, NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RANDALL S. NEWMAN, P.C.
40 WALL STREET, 61ST FLOOR
NEW YORK, NEW YORK 10005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature]*

(By) DEPUTY CLERK

DATE: JUL 1 4 2008

O AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 21, 08 @ 1:52PM |
| NAME OF SERVER *(PRINT)* Loai F. Sarsour | TITLE Process Server License #1133309 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 5 Hanover Square, 8th Floor, New York, NY 10004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then *residing* therein.
Name of person with whom the summons and complaint were left: David Waldman-Officer

☐ Returned unexecuted: _____

☑ Other (specify): White Male, Grey hair & Balding, 70-75 years of age, 5'-10" in height and weighing 180LBS.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 22, 2008
       Date                    *Signature of Server*

We Serve It 344 Avenue U #230306, Brooklyn, NY 11223
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD R. KURC., <br><br> Plaintiff <br> v. <br> MEL S. HARRIS AND ASSOCIATES, LLC., <br><br> Defendant | Case No.: 08 CV 3610 <br><br> ATTY: <br> Randall S. Newman, Esq. <br> The Trump Building, 40 Wall Street, 61st Floor <br> New York, NY 10005-3601 |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Kings    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am over the age of eighteen years and reside in the state of New York. That on JULY 21, 2008 at 1:52 PM at 5 HANOVER SQUARE, 8TH FLOOR, NEW YORK, NY 10004, receipients BUSINESS OFFICE deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on MEL S. HARRIS AND ASSOCIATES, LLC. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to DAVID WALDMAN personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the OFFICER authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: White   Hair: Grey/Balding   Glasses: Yes   Age: 70-75   Height: 5'-10"   Weight: 180

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour / Lic. #1133309

Executed on: 7-22-08

Subscribed and sworn to before me, a notary public, on this 22nd day of July, 2008.

_____ My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-008264                                                              Client Reference: Kurc v Mel S. Harris