UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

RICHARD R. KURC,

                                                               RULE 7.1 DISCLOSURE

        Plaintiff(s),

   -against-

                                                   DOCKET NO. 08 CV 6310
                                                     (Buchwald, J)

MEL S. HARRIS AND ASSOCIATES, LLC,

        Defendant(s).

-------------------------------------x

        Defendant, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that it has no publicly traded parent companies.

Dated: August 11, 2008

                                       _____
                                       MEL S. HARRIS AND ASSOCIATES LLC
                                       By: Arthur Sanders (as1210)
                                       Attorneys for defendant
                                       5 Hanover Square, 8th Floor
                                       New York, NY 10004
                                       212-660-1050